JONATHAN RICARDO HILL
LAWANDA LANETTE TAYLOR
29 FERNCREST LOOP
PETAL, MS 39465

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CITIZENS ONE
ATTN; BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

FINANCE SYSTEM, INC.
ATTN: BANKRUPTCY
5703 NATIONAL RD E
RICHMOND, IN 47374

FTL FINANCE
ATTN: BANKRUPTCY
820 S MAIN ST, STE 300
ST. CHARLES, MO 63301

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET ST STE 200
SAN FRANCISCO, CA 94105

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

PANTHER CREDIT
134 S MAIN ST.
PETAL, MS 39465

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

TILT
ATTN: BANKRUPTCY
9169 W STATE ST
GARDEN CITY, ID 83714

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUSTMARK NATIONAL
248 E CAPITOL STREET
JACKSON, MS 39201

UPSTART
P.O. BOX 1503
SAN CARLOS, CA 94070