**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Jonathan Ricardo Hill | ) | |
| Lawanda Lanette Taylor | ) | Case No. 26-51414-KMS |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |

**FTL CAPITAL PARTNERS, LLC'S OBJECTION TO CONFIRMATION**

**COMES NOW** FTL Capital Partners, LLC ("FTL"), by and through counsel, and objects to confirmation of the Debtors' Chapter 13 Plan (the "Plan"). In opposition to confirmation, FTL states:

1. On June 11, 2025, Debtor Lawanda Taylor ("Taylor") entered into that certain Finance Lease Contract for financing on the installment of a coil and furnace (the "Contract").

2. Pursuant to the terms of the Contract, Taylor was to make 120 payments in the amount of $193.16 commencing on August 5, 2023.

3. The Debtors have scheduled the Contract as an Executory Contract on Schedule G (Official Form 106G) in the bankruptcy schedules herein (Dkt. 4).

4. Alternatively, the Contract is a Financing Lease in accordance with the definition under Mississippi Code Section 75.2A-103(1)(g) and operates as a security agreement for the lease of the coil and furnace.

5. Taylor consented to FTL filing a financing statement at the time of contracting, which FTL filed on June 11, 2026 (the "Financing Statement").

6. Whether the Contract is treated as an Executory Contract, or as a Secured Claim, the Debtors have failed to provide for treatment of the claim in the Plan.

7. In the event the claim is to be treated as a secured claim, the Plan does not fully treat allowed secured claims under 11 U.S.C. § 1325(a)(5), and should not be confirmed.

8. The Plan fails to provide for the assumption or rejection of the Contract, or any payment to FTL outside the Plan or to provide for the Trustee to make payments as required under 11 U.S.C. § 1326(a). Such failure is not in compliance with provision of the Code and indicates a lack of good faith in filing the Plan and the case.

9. The Chapter 13 Plan is not in compliance with the Code and should not be confirmed pursuant to 11 U.S.C. § 1325(a)(1).

10. Taylor's application for credit with FTL represented that she was earning $120,000 per year, yet the Schedules and Statement of Affairs reflect no income for the year 2025.

11. The Plan was not filed in good faith under 11 U.S.C. § 1325(a)(3) and should not be confirmed.

WHEREFORE, PREMISES CONSIDERED, based on the foregoing, FTL Capital Partners, LLC respectfully requests that the Court deny confirmation in the above-captioned matter and grant the Debtors a reasonable period of time within which to modify the Chapter 13 Plan.

Respectfully submitted,

BY: */s/Michael McCormick*

Michael McCormick
Mississippi Bar No. 10630
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
678-281-3918
Michael.McCormick@mccalla.com
*Attorney for FTL Capital Partners, LLC*

**CERTIFICATE OF SERVICE**

I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLP, do hereby certify that on this date, I served a copy of FTL CAPITAL PARTNERS, LLC'S OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, through the Court's ECF/CMF system, and/or via U.S. Mail First Class, postage prepaid and properly addressed, to-wit:

| | |
|---|---|
| Jonathan Ricardo Hill<br>29 Ferncrest Loop<br>Petal, MS 39465 | (via regular mail) |
| Lawanda Lanette Taylor<br>29 Ferncrest Loop<br>Petal, MS 39465 | (via regular mail) |
| Thomas Carl Rollins, Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 3923 | (via ECF) |
| David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403 | (via ECF) |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201 | (via ECF) |

BY: *\/s/Michael McCormick*

Michael McCormick
Mississippi Bar No. 10630
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
678-281-3918
Michael.McCormick@mccalla.com
*Attorney for FTL Capital Partners, LLC*

MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Jonathan Ricardo Hill
Lawanda Lanette Taylor
*Debtor(s)*

Case No.: 26-51414-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, FTL Capital Partners, LLC, a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

- [x] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/18/2026

Michael McCormick Digitally signed by Michael McCormick Date: 2026.01.28 16:49:47 -05'00'
Attorney Signature

Michael McCormick
Attorney Name

10630
State Bar Number

1544 Old Alabama Road
Address

Roswell, GA 30076
City, State, and Zip Code

678-281-3918
Telephone Number

Michael.McCormick@mccalla.com
Email Address

Save Form | Print Form | Reset Form

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**