# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51414 **Case Name:** Jonathan Ricardo Hill and Lawanda Lanette Taylor

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #20)

Amended Objection to Confirmation filed by FTL Capital Partners, LLC (Dkt. #21)- RESET TO 12/15/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) * ([21] Objection to Confirmation by FTL Capital Partners LC is reset). * ([20] Objection to Confirmation by Trustee David Rawlings) Appearance: Samuel J. Duncan. Objection is sustained. Duncan will submit order allowing 14 days to amend. Order due by 12/01/2026. (cwe)