**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: JONATHAN RICARDO HILL
AND LAWANDA LANETTE TAYLOR,
DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-51414-KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**<u>OBJECTION TO CONFIRMATION</u>**

ON NOVEMBER 17, 2026, THIS CAUSE came on to be heard on the Trustee's Objection to Confirmation (Docket No. 20), and the Court finds the Trustee's Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Trustee's Objection to Confirmation is sustained, and the Debtor is granted 14 days from the entry of this Order to file amendments/pleadings and/or provide documents in order to resolve the Trustee's concerns.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS 39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net