**B 2100A Form (2100A) (12/15)**

# United States Bankruptcy Court

SOUTHERN DISTRICT OF MS

In Re: Case No. 2651414
JONATHAN RICARDO HILL

LAWANDA LANETTE TAYLOR

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Portfolio Recovery Associates, LLC
--------------------------------------------
Name of Transferee

Name and Address where notices to transferee should be sent:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 7705

Name and Address where transferee payments Should be sent (if different from above)
Portfolio Recovery Associates, LLC
POB 12914
Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 7705

Happen Bank, National Association
--------------------------------------------
Name of Transferor

Court Claim # (if known): 14
Amount of Claim: $1,433.93
Date Claim Filed: 10/16/2026

Phone:
Last Four Digits of Acct #: 7705

<u>Seller Information</u>
HAPPEN, INC. SERVICER FOR PAGAYA AI DEBT GRANTOR TRUST 2025-R1
595 MARKET STREET
SUITE 200
SAN FRANCISCO CA 94105

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alinecia Williams Date: 11/16/2026
--------------------------------------------
Transferee/Transferee's Agent
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE

Happen, Inc., a Delaware corporation, Happen Bank, National Association, a national banking association (together, "Happen") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named [redacted] hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on October 27, 2026, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

Happen represents and warrants that each of the undersigned (other than Happen, where Happen is the Investor) has authorized Happen to execute this Bill of Sale on their behalf and take any action and execute any instruments or documents that Happen may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number: [redacted]

Total Unpaid Balance: [redacted]

Number of Accounts: [redacted]

DATED: October 27, 2026

SELLER: LC Trust I

By: HAPPEN, INC., as Administrator

Signed by:

By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Happen, Inc.

Signed by:

By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Banco Popular de Puerto Rico

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: BOAC AIF A4 Interval Pagani Trust

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Centreville Bank

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Dynamic Credit Loan Investment DAC

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: EverBank, National Association

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Happen Bank, National Association (fka LendingClub Bank, National Association)

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Happen Rated Notes Grantor Trust, Series 2026-P6

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long ____________________

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Happen Structured Loan Certificate Issuer Trust, Series 2026-1

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long ____________________

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: HCG Consumer Credit VI Trust

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long ____________________

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Rated Notes Grantor Trust Series 2025-SP1

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long ____________________

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Rated Notes Grantor Trust, Series 2025-P1

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long ____________________

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Rated Notes Grantor Trust, Series 2025-P3

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Rated Notes Grantor Trust, Series 2025-SP2

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P10

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P11

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P14

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2023-P18

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lendingclub Structured Loan Certificate Issuer Trust, Series 2023-P6

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P12

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P13

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P19

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P21

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P22

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P27

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P28

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P29

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P30

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P33

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P34

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P36

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P38

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

[redacted]

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-P5

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2024-SP2

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P13

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P16

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P2

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P5

By: HAPPEN, INC., as attorney-in-fact

By: Signed by: Riley Long 40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P6

By: HAPPEN, INC., as attorney-in-fact

By: Signed by: Riley Long 40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P7

By: HAPPEN, INC., as attorney-in-fact

By: Signed by: Riley Long 40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-P9

By: HAPPEN, INC., as attorney-in-fact

By: Signed by: Riley Long 40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2025-RP1

By: HAPPEN, INC., as attorney-in-fact

By: Signed by: Riley Long 40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

[redacted]

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2026-P1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2026-P2

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2026-P4

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2026-P6

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2026-P7

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

[redacted]

SELLER: LendingClub Structured Loan Certificate Issuer Trust, Series 2026-P9

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Loan Asset Holdings Trust, 2024-1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Lynx 1 Note Issuer Trust

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Merrick Bank

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya Acquisition Trust IV

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya Acquisition Trust VI

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

[redacted]

SELLER: Pagaya AI Debt Grantor Trust 2022-2

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long

Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2024-10

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long

Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2024-11

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long

Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-2

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long

Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-3

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long

Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-4

By: HAPPEN, INC., as attorney-in-fact

Signed by:

By: Riley Long

40142BB81E8A43A...

Name (print): Riley Long

Title: SVP, Treasurer

[redacted]

SELLER: Pagaya AI Debt Grantor Trust 2025-5

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-6

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-7

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-R1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2025-REV1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya AI Debt Grantor Trust 2026-1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

[redacted]

SELLER: Pagaya AI Debt Grantor Trust 2026-2

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Pagaya Securities Holdings Trust - Second Look

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: PT Lumin Trust

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: PT Mitosis Trust

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: PT Nova Trust

HB Legal reviewed X

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Theorem Grantor Trust 2022-3

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

[redacted]

SELLER: Theorem Grantor Trust 2023-1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: UMB Bank, NA, as the Ttee of PML Trust I

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee for Diversified Alternatives Holdings Trust

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as the Ttee of Alternative Lending Holdings Trust II

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer

SELLER: Wilmington Savings Fund Society, FSB, as Ttee of Loan Asset Holdings Trust 2020 M-1

By: HAPPEN, INC., as attorney-in-fact

Signed by:
By: Riley Long
40142BB81E8A43A...
Name (print): Riley Long
Title: SVP, Treasurer